**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Manuel RAMIREZ–ANGELES, Defendant—Appellant.**

**No. 04–50237.**
**D.C. No. CR–03–02922–BTM.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 13, 2004.

Steven E. Stone, Asst. U.S. Atty, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Norma A. Aguilar, San Diego, CA, for Defendant–Appellant.

Before GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM**

Jose Manuel Ramirez–Angeles appeals the sentence imposed following his guilty plea for being a deported alien found in the United States in violation of 8 U.S.C. § 1326.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

Pursuant to *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), and *Blakely v. Washington,* —— U.S. ——, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), Ramirez–Angeles contends that the district court erred in enhancing his sentence based upon facts that were not alleged in the indictment, proven beyond a reasonable doubt to a jury nor admitted by the defendant. The sole basis for the sentencing enhancement was Ramirez–Angeles's prior "crime of violence" conviction, and his contention is foreclosed by our recent decision in *United States v. Quintana–Quintana,* 383 F.3d 1052, 1052–53 (9th Cir.2004).

**AFFIRMED.**